TAMS-WITMARK MUSIC LIBRARY, INC., Respondent, v. THE NEW OPERA COMPANY, INC., Appellant, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements, and motion granted. Bill of particulars to be served within ten days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ROBERT ANDREWS et al., Respondents, v. CY B. ELKINS et al., Appellants, et al., Defendants. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and grant a new trial as to defendant Harriet K. Evans, as administratrix etc., and otherwise affirm. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE C. DALEO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY HOROWITZ, Appellant.— Judgments unanimously modified, in the exercise of discretion, by reducing the sentence of each defendant to the time each defendant has already served and as so modified affirmed. Orders unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

EUGENE CANTIN COMPANY, INC., Respondent, v. STAYNEW FILTER CORPORATION, Appellant.— Order so far as appealed from unanimously modified by fixing the place for the examination in Monroe County, New York, and as so modified affirmed. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

AGATINO RICCIARDI, as Administrator of the Estate of JOHN RICCIARDI, Deceased, Respondent, v. WILLIAM A. PINTARD et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ELIAS SCHLANK, Respondent, v. EAST RIVER SAVINGS BANK, Defendant, and MOLLIE WEINGARTEN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 928.]

In the Matter of IRVING D. FRIEDMAN et al., Respondents. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Successor by Merger to NEW YORK, LACKAWANNA & WESTERN RAILWAY COMPANY, Appellant.— Order unanimously modified so as to provide that the value of the stock is to be determined as of a date just prior to September 27, 1944, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [184 Misc. 639.]

In the Matter of IDA GOLDSTEIN, Respondent. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Successor by Merger to NEW YORK, LACKAWANNA & WESTERN RAILWAY COMPANY, Appellant.— Order unanimously modified so as to provide that the value of the stock is to be determined as of a date just prior to September 27, 1944, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOHN A. MCCARTHY & CO., INC., v. PHILIP S. HILL et al., as Executors of WILLIAM F. CUNNINGHAM, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See ante, p. 770.]